IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAUREN JAMISON, Heir at Law and as
Special Administratrix of the Estate of
William R. Jamison, *et al*                                                                       PLAINTIFFS

v.                                            Case No. 4:15-cv-4005

RUAN TRANSPORTATION
MANAGEMENT SYSTEMS, INC.                                                                DEFENDANT

**ORDER**

  Before the Court is the parties' Motion to Dismiss Based on Settlement. (ECF No. 24). It has been reported to the Court that this matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

  IT IS SO ORDERED, this 1st day of November, 2016.

                        /s/ Susan O. Hickey
                        Susan O. Hickey
                        United States District Judge